# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:** 10-cv-00868-PAB-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** December 28, 2010 | **Courtroom Deputy:** Geneva D. Mattei |

| | |
|---|---|
| MARIA GALLARDO, *et al.*, | Michael Goodman |
| | William George Fischer, Sr. |
| Plaintiff, | |
| v. | |
| USA, | Mark S. Pestal |
| CITY OF COLORADO SPRINGS, COLORADO, | J. Stephen Mullen |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** TELEPHONIC STATUS CONFERENCE
**Court in session:** 2:00 p.m.
Court calls case.  Appearances of counsel.

Counsel were reminded of the Court's practice standard regarding all opposed discovery motions. Counsel shall call the court regarding any opposed discovery motions.

**ORDERED:** Motion by Defendant United States to vacate February 3, 2011, Settlement Conference [ Doc. #32; filed 12/17/10] is granted for reasons stated on the record.

**ORDERED**: Defendant United States' motion to compel blood test [Doc. #37; filed 12/22/10] is granted for reasons stated on the record. Plaintiff Maria Gallardo is required to produce infant plaintiff for a blood test on or before January 7, 2011.  Defendant United States will disclose expert opinion relating to the blood test on or before January 31, 2011. Plaintiffs will disclose rebuttal opinion on or before March 4, 2011.

**ORDERED:** Motion to supplement expert opinions of Michael Ross, M.D. [Doc. #39; filed 12/22/10] is granted for reasons stated on the record. The supplemental report is allowed subject to Defendants' right to take Dr. Ross' deposition, by phone or otherwise, on those supplemental opinions and for purposes of that limited deposition.  Defendants are relieved of their obligation under Fed.R.Civ.P. 26 to reimburse Dr. Ross for that limited deposition.

HEARING CONCLUDED.
**Court in recess:** 2:37 p.m.

Total time in court:     00:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.