**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-00868-PAB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** March 16, 2011 | **Courtroom Deputy:** Linda Kahoe |

MARIA GALLARDO, *et al.*,

    Plaintiffs,

v.

USA,
CITY OF COLORADO SPRINGS, COLORADO,

    Defendants.

Michael Goodman
William George Fischer, Sr.

Mark S. Pestal
Kimberly F. W. DeLine

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session:** 1:32 p.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding the Motion to Re-Open the Deposition of Jeffery McCutcheon, M.D., doc #[60], filed 3/2/2011.

**ORDERED:** The Motion to Re-Open the Deposition of Jeffery McCutcheon, M.D., doc #[60], is **GRANTED**. Plaintiffs are allowed to depose Dr. McCutcheon for a period of not more than **3 HOURS** at a time convenient to Dr. McCutcheon. The reasonable expense of the deposition, and Dr. McCutcheon's compensation, will be borne by the Plaintiffs. The deposition must be focused primarily upon the substance of his expert disclosure and facts reasonably related to the substance of that expert disclosure.

Discussion regarding privilege.

Discussion regarding Motion to Appoint Guardian ad Litem, doc #[44], filed 12/31/2010. The court requests that Plaintiff's counsel provide the court with a Proposed Order.

HEARING CONCLUDED.

**Court in recess**: 2:28 p.m.
Total time in court: 00:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.