IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00868-PAB-CBS

MARIA GALLARDO and
D.R.G., a minor child by and through
her natural mother and next best friend, MARIA GALLARDO,

     Plaintiffs,

v.

THE UNITED STATES OF AMERICA and
CITY OF COLORADO SPRINGS, COLORADO,

     Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT CITY OF COLORADO SPRINGS, COLORADO**
_____

     This matter comes before the Court upon the Stipulated Motion for Dismissal With Prejudice of Defendant, City of Colorado Springs, Colorado [Docket No. 89]. The Court has reviewed the pleading and is fully advised in the premises. It is

     ORDERED that the Stipulated Motion for Dismissal With Prejudice of Defendant, City of Colorado Springs, Colorado [Docket No. 89] is GRANTED. It is further

     ORDERED that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant City of Colorado Springs, Colorado are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

     DATED July 8, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge