**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks          Date: July 22, 2011
Court Reporter: Janet Coppock                  Time: 14 minutes

**CASE NO.  10-cv-00868-PAB-CBS**

| Parties | Counsel |
|---|---|
| **MARIA GALLARDO, and** <br> **D.R.G., by Maria Gallardo,** | William Fischer <br> Michael Goodman |
| Plaintiff (s), | |
| vs. | |
| **UNITED STATES OF AMERICA,** | Mark Pestal <br> Amy Padden <br> Nathalie Cohen |
| Defendant (s). | |

**STATUS CONFERENCE**

**2:43 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter is before the Court to discuss the dynamic of 15 day trial.

Comments by Mr. Goodman.

Page Two
10-cv-00868-PAB-CBS
July 22, 2011

Comments by Mr. Pestal.

Comments by the Court.

**ORDERED:** Counsel shall think about how many days, in light of the Court's comments they believe they need to complete the trial and contact chambers on **Monday, July 25, 2011** to set.

**ORDERED:** Motions in limine are due **20 days** before the final trial preparation conference.  Responses are due **10 days** after.

**ORDERED:** Defendant shall file a motion on the issue of whether or not the plaintiff is allowed to call three separate experts on the issue of standard care within **20 days** from today.  Plaintiff's response is due **two weeks** after.

**ORDERED:** United States' Motion for Partial Judgment on the Pleadings (Doc # 78), filed 5/31/11 is **WITHDRAWN.**

**2:57 p.m.     COURT IN RECESS**

**Total in court time:         14 minutes**

**Hearing concluded**