IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00868-PAB-CBS

MARIA GALLARDO and
D.R.G., a minor child by and through
her natural mother and next best friend, MARIA GALLARDO,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on the motion for protective order pursuant to Fed. R. Civ. P. 5.2(d) [Docket No. 108] filed by plaintiff D.R.G.'s guardian *ad litem*, Mr. Manual J. Solano.  On February 21, 2012, the Court ordered, in light of many docket entries that included the full name of the minor plaintiff D.R.G., that Mr. Solano indicate whether he believed the protections of Fed. R. Civ. P. 5.2(a) had been waived and, if not, whether D.R.G. wished to have the Court enter an order pursuant to Fed. R. Civ. P. 5.2(d).

    In the present motion, Mr. Solano indicates that he does not believe that there has been a waiver pursuant to Fed. R. Civ. P. 5.2(a) and requests that an order issue pursuant to Fed. R. Civ. P. 5.2(d).  The Court will issue an order to enforce the privacy protections outlined in Rule 5.2(a), but will not issue a blanket order, as requested by Mr. Solano, sealing all previous filings in this case.  Instead, it is

**ORDERED** that Docket Nos. 1, 2, 3, 4, 7, 8, 9, 10, 13, 15, 27, 49, 58, 62, 63, 71, and 89 shall be restricted at Level One.  It is further

**ORDERED** that, on or before **5:00 p.m.** on **Monday, March 5, 2012**, plaintiff Maria Gallardo shall re-file without filing restrictions redacted copies of Docket Nos. 1, 7, and 89 that comply with Federal Rule of Civil Procedure 5.2(a).  It is further

**ORDERED** that, on or before **5:00 p.m.** on **Monday, March 5, 2012**, now-terminated defendant City of Colorado Springs shall re-file without filing restrictions redacted copies of Docket Nos. 3, 9, and 15 that comply with Federal Rule of Civil Procedure 5.2(a).  It is further

**ORDERED** that the Clerk of the Court shall re-file without filing restrictions redacted copies of Docket Nos. 2, 4, 8, 10, 13, 27, 49, 58, 62, 63, and 71 that comply with Fed. R. Civ. P. 5.2(a).  It is further

**ORDERED** that the Clerk of the Court shall remove the minor child's full name from the Electronic Case Filing Caption and from the text entries in Docket Nos. 1, 3, 17, 22, 35, 44, 45, 46, 56, 60, 61, 64, 67, 68, 70, 79, 82, 85, and 86 and replace it with the initials D.R.G.  It is further

**ORDERED** that, on or before **5:00 p.m.** on **Monday, March 5, 2012**, the guardian *ad litem* shall inform the Court if there are any other documents or docket entries not included in this order that D.R.G. requests be subject to an order pursuant to Federal Rule of Civil Procedure 5.2(d).

DATED February 28, 2012.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge