IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00868-PAB-CBS

MARIA GALLARDO and
D██████ R██████████G█████████, a minor child by and through
her natural mother and next best friend, MARIA GALLARDO,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA and
CITY OF COLORADO SPRINGS, COLORADO,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS OF PLAINTIFF MARIA GALLARDO AGAINST DEFENDANT CITY OF COLORADO SPRINGS, COLORADO

---

THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice [Docket No. 9]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted by plaintiff Maria Gallardo against defendant City of Colorado Springs, Colorado are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 13, 2010.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        PHILIP A. BRIMMER
                        United States District Judge