IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00868-PAB-CBS

MARIA GALLARDO and
D███ R██████G██████, a minor child by and through
her natural mother and next best friend, MARIA GALLARDO,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA and
CITY OF COLORADO SPRINGS, COLORADO,

    Defendants.

---

**ORDER**

---

This matter is before the Court on plaintiffs' motion for partial summary judgment [Docket No. 34]. In their motion, plaintiffs state that their "arguments in favor of entry of partial summary judgment are set forth in the simultaneously filed Plaintiffs' Brief in Support of Motion for Partial Summary Judgment." Docket No. 34 at 1. On December 20, 2010, the Court struck plaintiffs' brief, however, for failure to comply with § III.F.3.b.ii of this Court's Practice Standards. See Docket No. 36 (further stating that any resubmission of the brief shall also comply with Fed. R. Civ. P. 11(a)). Plaintiffs have not resubmitted a brief in support of their request for partial summary judgment, and their motion does not provide grounds to grant the relief requested. Therefore, it is

    **ORDERED** that plaintiffs' motion for partial summary judgment [Docket No. 34] is DENIED.

DATED March 2, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

2