IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00868-PAB-CBS

MARIA GALLARDO and
D.R.G., a minor child by and through
her natural mother and next best friend, MARIA GALLARDO,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the motion for protective order pursuant to Fed. R. Civ. P. 5.2(d) [Docket No. 108] filed by plaintiff D.R.G.'s guardian *ad litem*, Mr. Manuel J. Solano.  For the reasons stated in the Court's February 28, 2012 order [Docket No. 112], it is

    **ORDERED** that the motion for protective order [Docket No. 108] filed by plaintiff D.R.G.'s guardian *ad litem* is GRANTED in part and DENIED in part.

    DATED March 6, 2012.