IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00868-PAB-CBS

MARIA GALLARDO and
D.R.G., a minor child by and through
her natural mother and next best friend, MARIA GALLARDO,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

**ORDER PURSUANT TO FED. R. CIV. P. 5.2(a)**
_____

This matter is before the Court on defendant United States of America's motion to exclude the testimony of Stephen Glass, M.D. [Docket No. 156] and motion to exclude the testimony of Michael G. Ross, M.D. [Docket No. 158] . The United States has filed material along with each motion that violates Fed. R. Civ. P. 5.2(a). Therefore, it is

**ORDERED** that defendant United States of America's motion to exclude the testimony of Stephen Glass, M.D. [Docket No. 156] and motion to exclude the testimony of Michael G. Ross, M.D. [Docket No. 158] shall be restricted at Level One. It is further

**ORDERED** that, on or before **Monday, March 26, 2012**, the United States shall re-file without restriction the motions and exhibits thereto with redactions that comply with Fed. R. Civ. P. 5.2(a). Plaintiffs' deadline to respond to the motions remains the

same.

DATED March 23, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge